**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HOBBS, aka JAMES PETERS, | CASE NO. SA CV 11-00308 JAK (RZ) |
| Petitioner, | |
| vs. | JUDGMENT |
| LELAND McEWEN, WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of JAMES HOBBS, aka JAMES PETERS, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: May 17, 2011

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE